# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

> Granted.
> So ordered:  2/5/2021
>
> /s/ J. Paul Oetken
> J. PAUL OETKEN
> United States District Judge

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Charles Hewitt**
              **20 Cr. 563 (JPO)**

Dear Judge Oetken,

    I represent Charles Hewitt in this matter. Bail in this case was set by the Honorable Ona T. Wang on October 28, 2020. In addition to a $100,000 PRB signed by two financially responsible individuals, Mr. Hewitt's bail conditions limit his travel to the Southern and Eastern Districts of New York. The defense writes now seeking a temporary modification of the travel restriction.

    Mr. Hewitt would like to visit with family in Virginia and attend his cousin's anniversary party this weekend. He hopes to leave this Friday, February 5, 2021 and return next Friday the 12th. He will be staying at the Courtyard Richmond Chester hotel, which is located at 2001 W. Hundred Rd. in Chester, VA.[1]

    The government, through AUSA Ashley Nicolas, defers to the position of Pretrial Services who, through PTSO Courtney M. DeFeo, takes *no position* with respect to this request.

    Thank you for the Court's consideration.

              Respectfully Submitted,

              /s/ *Matthew J. Kluger*
              Matthew J. Kluger, Esq.

---

[1] Mr. Hewitt has been advised that he must comply with all CDC safety guidelines and state COVID-19 travel requirements, including quarantine, if it is required.