# MATTHEW J. KLUGER
### ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H<br>
BRONX, NEW YORK 10451<br>
(718) 293-4900 • FAX (718) 618-0140<br>
www.klugerlawfirm.com

March 2, 2021

<u>By ECF</u>
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    <u>**United States v. Charles Hewitt**</u>
                   **20 Cr. 563 (JPO)**

Dear Judge Oetken,

     Bail in this case was set by the Honorable Ona T. Wang on October 28, 2020. In addition to a $100,000 PRB signed by two financially responsible individuals, Mr. Hewitt's bail conditions limit his travel to the Southern and Eastern Districts of New York. The defense writes now seeking a temporary modification of the travel restrictions.

     Mr. Hewitt respectfully seeks the Court's permission to go on an anniversary vacation to Miami with his fiancé from March 13, 2021 to March 20, 2021. If permitted to go, Hewitt will be staying at the Winter Haven Autograph Hotel located at 1400 Ocean Drive, Miami Beach, Florida.[1] Mr. Hewitt understands the serious nature of the charges against him and appreciates the fact that he is on bail in a criminal case. Nevertheless, these plans have been in the works for some time and Mr. Hewitt respectfully asks that the Court allow him to go.

     The government, through AUSA Emily A. Johnson, defers to the position of Pretrial Services who, through PTSO Courtney M. DeFeo, takes *no position* with respect to this request.

     Thank you for the Court's consideration.

Respectfully Submitted,<br><br>
/s/ <i>Matthew J. Kluger</i><br>
Matthew J. Kluger, Esq.

---

[1] Mr. Hewitt has been advised that he must comply with all CDC safety guidelines and state COVID-19 travel requirements, including quarantine, if it is required.

1

2

cc: AUSA Emily A. Johnson
AUSA Ashley C. Nicolas
AUSA Kaylan E. Lasky
PTSO Courtney M. DeFeo (email)

> Granted.
> So ordered.
> 3/3/2021

_____
J. PAUL OETKEN
United States District Judge