# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

May 27, 2021

> Granted.
> So ordered.
> May 28, 2021
>
> /s/ J. Paul Oetken
> J. PAUL OETKEN
> United States District Judge

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Charles Hewitt**
             **20 Cr. 563 (JPO)**

Dear Judge Oetken,

    I represent Charles Hewitt in this matter. Bail in this case was set by the Honorable Ona T. Wang on October 28, 2020. In addition to a $100,000 PRB signed by two financially responsible individuals, Mr. Hewitt's bail conditions limit his travel to the Southern and Eastern Districts of New York. The defense writes now seeking a temporary modification of the travel restriction.

    Mr. Hewitt requests permission from the Court to attend a family get together in Kill Devil Hills, N.C. from May 30, 2021 to June 6, 2021. The family is renting a home at the Caribbean Paradise Oceanfront location in Kill Devil Hills.

    The government, through AUSA Kaylan Lasky, defers to the position of Pretrial Services. Pretrial Services Officer Courtney M. DeFeo, takes *no position* with respect to this request.

    Thank you.

                                                         Respectfully Submitted,

                                                         /s/ *Matthew J. Kluger*
                                                       Matthew J. Kluger, Esq.

cc:    AUSA Kaylan Lasky
       Pretrial Services Officer Courtney M. DeFeo