# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

August 4, 2021

> Granted,
>   So ordered.
>   8/5/2021
>
> /s/ J. PAUL OETKEN
> United States District Judge

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Charles Hewitt**
               **20 Cr. 563 (JPO)**

Dear Judge Oetken,

    Bail in this case was set by the Honorable Ona T. Wang on October 28, 2020. In addition to a $100,000 PRB signed by two financially responsible individuals, Mr. Hewitt's bail conditions limit his travel to the Southern and Eastern Districts of New York. The defense writes now seeking a temporary modification of the travel restrictions.

    Mr. Hewitt respectfully seeks the Court's permission to attend a family vacation in Atlanta from Friday, August 6, 2021 to next Friday, August 13, 2021. Assuming the Court grants this request, Mr. Hewitt will be staying at the Westin Buckhead Atlanta, which is located at 3391 Peachtree Road in Atlanta.

    Defense counsel has communicated with both the Government as well as Pretrial Services regarding this request. AUSA Kaylan E. Lasky defers to the position of Pretrial Services. Pretrial Services Officer Courtney M. DeFeo has no objection to this request.

    Thank you for the Court's consideration.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:    AUSA Emily A. Johnson
        AUSA Ashley C. Nicolas
        AUSA Kaylan E. Lasky
        PTSO Courtney M. DeFeo (email)