# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

February 3, 2023

By ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Charles Hewitt**
                **20 Cr. 563 (JPO)**

Dear Judge Oetken,

      Bail in this matter was set on October 28, 2020 (Magistrate Judge Ona T. Wang). As a condition of his release, Mr. Hewitt was required to surrender his passport to Pretrial Services, which he promptly did. On August 10, 2022, your Honor sentenced Mr. Hewitt principally to three-years of probation with a special condition of six-months of home confinement. Mr. Hewitt has completed the home confinement portion of his sentence without incident. Accordingly, Mr. Hewitt respectfully requests that the Court Order Pretrial Services to return Mr. Hewitt's passport to him forthwith.

      AUSA Emily Johnson has no objection to this request.

      Thank you.

Respectfully,
/s/ *Matthew J. Kluger*
Matthew J. Kluger

**SO ORDERED**

Dated: New York, NY
       February __3__, 2023

_____
J. PAUL OETKEN
United States District Judge