UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CHARLES HEWITT,
                Defendant.

20-CR-563 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Charles Hewitt filed a letter on March 6, 2025, asking the Court to seal his felony convictions in order to aid him in his employment search. (ECF No. 588.) While New York state courts permit the sealing of certain offenses in some scenarios, there is no equivalent process in the federal courts.

    Because the Court lacks the legal authority to grant the relief requested, Defendant's request to seal his convictions is denied.

    The Clerk of Court is directed to mail a copy of this order to Defendant at 1901 Madison Avenue, Apartment 612, New York, New York 10035.

    SO ORDERED.

Dated: July 1, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge